UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

_____

THE SATANIC TEMPLE

      Plaintiff

  v.

ERIC HOLCOMB, in his capacity as
the Governor of Indiana; and
TODD ROKITA, in his
capacity as the Attorney General of
Indiana

      Defendants

_____

Index No.  22-cv-1859

## MOTION FOR ADMISSION *PRO HAC VICE*

    W. James Mac Naughton hereby moves, pursuant to Local Rule 83-6(b)(1) for admission to the bar of this Court *pro hac vice* for purposes representing Plaintiff The Satanic Temple in this case.  In support of the motion, W. James Mac Naughton declares under penalty of perjury pursuant to 28 U.S.C. §1746 the following statements are true:

    1.    I am an attorney and a member in good standing of the state bars of New York since 1977 and New Jersey since 1985.

    2.    I am a member in good standing of the bar of the United States Supreme Court.

    3.    I am a member in good standing of the bars of the United States Courts of Appeal for the Second Circuit, Third Circuit, Seventh Circuit, Eighth Circuit, Eleventh Circuit, and the District of Columbia.

    4.    I am a member in good standing of the bars of the United States District Courts for the Northern District of New York, the Eastern District of New York, the Southern District of

New York, New Jersey, the District of Columbia, the Northern District of Illinois, and the Northern District of Florida.

5. I have represented Plaintiff The Satanic Temple since 2014 in a variety of legal matters, including challenges to the abortion laws of the state of Missouri in the Missouri state and federal courts.

6. I am not now, nor have I ever been, disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States, nor have I ever received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

7. The only disciplinary action I have been subject to in my forty-five (45) years of practicing law is a currently pending complaint before the New Jersey District XB Ethics Committee by a former client for an alleged violation of RPC 1.9(a). I contest the allegations and a hearing is currently scheduled for January 2023.

8. I certify I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of this Court, including the Rules of Disciplinary Enforcement, and will abide by these rules.

September 23, 2022

<u>W. James Mac Naughton</u>
W. James Mac Naughton, Esq.
7 Fredon Marksboro Road
Newton, NJ 07860
wjm@wjmesq.com
*Attorney for Plaintiff The Satanic Temple*