UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

THE SATANIC TEMPLE

    Plaintiff

  v.

ERIC HOLCOMB, in his capacity as
the Governor of Indiana; and
TODD ROKITA, in his
capacity as the Attorney General of
Indiana

    Defendants

Index No. 1:22-cv-1859-JMS-MG

### ORDER ADMITTING W. JAMES MAC NAUGHTON AS COUNSEL *PRO HAC VICE*

This matter having been opened to the Court by motion of W. James Mac Naughton for his admission to the bar of this Court as counsel for Plaintiff *Pro Hac Vice* pursuant to Local Rule 83-6(b)(1) and for good cause shown it is hereby:

**ORDERED:**

The motion is **granted** and W. James Mac Naughton for his admission to the bar of this Court as counsel for Plaintiff *Pro Hac Vice*.

Applicant's contact information should be entered as follows:

W. James Mac Naughton, Esq.
7 Fredon Marksboro Road
Newton, NJ 07860
732-213-8180
wjm@wjmesq.com

Dated: 9/27/2022

                          Mario Garcia
                          United States Magistrate Judge
                          Southern District of Indiana

Distribution:
To ECF Counsel of Record