UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

THE SATANIC TEMPLE

    Plaintiff

v.

ERIC HOLCOMB, in his capacity as
the Governor of Indiana; and
TODD ROKITA, in his
capacity as the Attorney General of
Indiana

    Defendants

Index No.  22-cv-1859-JMS-MG

**APPEARANCE OF COUNSEL**

W. James Mac Naughton hereby appears as counsel for Plaintiff The Satanic Temple.

October 8, 2022

    *W. James Mac Naughton*
    W. James Mac Naughton, Esq.
    7 Fredon Marksboro Road
    Newton, NJ 07860
    wjm@wjmesq.com
    *Attorney for Plaintiff The Satanic Temple*