UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:22-cv-01859-JMS-MG |
| | ) |
| ERIC HOLCOMB, in his capacity as the Governor of Indiana; and TODD ROKITA, in his capacity as the Attorney General of Indiana, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I am admitted to practice in this court, and I appear in this case for the Defendants:

Eric Holcomb, in his capacity as the Governor of Indiana,

and

Todd Rokita, in his capacity as the Attorney General of Indiana.

Respectfully submitted,

Office of the Indiana Attorney General
Todd Rokita
Atty No. 18857-49

Date: <u>January 23, 2023</u>     By:   Jefferson S. Garn
Atty. No. 29921-49
Deputy Attorney General
Office of the Indiana Attorney General
Todd Rokita

1

                    Indiana Government Center South
                    Fifth Floor
                    302 W. Washington Street
                    Indianapolis, IN  46204-2770
                    Telephone:   (317) 234-7119
                    Fax:             (317) 232-7979
                    Email:  jefferson.garn@atg.in.gov