UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE SATANIC TEMPLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:22-cv-01859-JMS-MG |
| | ) | |
| ERIC HOLCOMB, in his capacity as the | ) | |
| Governor of Indiana; and | ) | |
| TODD ROKITA, in his capacity as the | ) | |
| Attorney General of Indiana, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF AUTOMATIC INITIAL EXTENSION

State Defendants—the Governor of Indiana and the Attorney General of
Indiana—by counsel, Jefferson Garn, Deputy Attorney General, under Local Rule 6-
1(b), notify the Court of an automatic extension of time of 28 days, up to and
including February 20, 2023, in which to respond and show the Court as follows:

1. On September 21, 2022, Plaintiff filed its Complaint [ECF 1].

2. Defendants waived service of summons and mailed the waiver to Plaintiff's
   counsel on December 6, 2022. Defendants' due date is January 23, 2023.
   That date has not yet passed.

3. Defendants need more time to prepare a response to the complaint, and
   consequently file this notice of an initial 28-day extension of time to file the
   response.

4. Undersigned counsel contacted Plaintiff's counsel on January 20, 2023, and
   Plaintiff does not object to the extension.

WHEREFORE, Defendants respectfully file this *Notice of Automatic Initial Extension* and give notice that their response to Plaintiff's Amended Complaint is now due on or before February 20, 2023.

Respectfully submitted,

THEODORE E. ROKIA
Indiana Attorney General
Attorney No. 18857-49

Date: January 23, 2023          By:     Jefferson S. Garn
Attorney No. 29921-49
Deputy Attorney General
OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Phone: (317) 234-7119
Email: Jefferson.Garn@atg.in.gov