UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cv-01859-JMS-MG |
| ) | |
| ERIC HOLCOMB in his capacity as the ) | |
| Governor of Indiana, ) | |
| TODD ROKITA in his capacity as the Attorney ) | |
| General of Indiana, ) | |
| ) | |
| Defendants. ) | |

## APPEARANCE AND NOTICE OF SUBSTITUTION OF COUNSEL

Theodore E. Rokita, Attorney General of Indiana, hereby notifies the Court that, Aaron M. Ridlen, Deputy Attorney General, shall be substituted as counsel for Eric Holcomb, in his capacity as the Governor of Indiana; and Todd Rokita, in his capacity as the Attorney General of Indiana, and that the appearance of Jefferson S. Garn, Deputy Attorney General, shall be withdrawn, as this case has been reassigned to Aaron M. Ridlen.

I am admitted or otherwise authorized to practice in this court.

                                                    Respectfully submitted,

                                                    THEODORE E. ROKITA
                                                    Attorney General of Indiana
                                                    Attorney No. 18857-49

Date: February 20, 2023          By:    Aaron M. Ridlen
                                                    Deputy Attorney General
                                                      Attorney No. 31481-49

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
302 West Washington Street – IGCS – 5th Floor
Indianapolis, IN  46204-2770
Telephone:  (317) 232-2826
Facsimile:  (317) 232-7979
E-mail:  Aaron.Ridlen@atg.in.gov