UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01859-JMS-MG |
| | ) |
| ERIC HOLCOMB in his capacity as the Governor of Indiana, TODD ROKITA in his capacity as the Attorney General of Indiana, | ) ) ) ) ) |
| Defendants. | ) |

**ACKNOWLEDGEMENT OF APPEARANCE
AND OF NOTICE OF SUBSTITUTION OF COUNSEL**

Theodore E. Rokita, Attorney General of Indiana, having notified the Court that Aaron M. Ridlen, Deputy Attorney General, shall be substituted as counsel for Eric Holcomb, in his capacity as the Governor of Indiana; and Todd Rokita, in his capacity as the Attorney General of Indiana, in place of Jefferson S. Garn, Deputy Attorney General.

The Clerk is hereby directed to update the docket in this case to reflect that the appearance of Jefferson S. Garn, Deputy Attorney General is withdrawn and to enter the appearance of Aaron M. Ridlen, Deputy Attorney General for the Defendants.

**SO ORDERED.**

Date _____                    _____
                                           Mario Garcia
                                           United States Magistrate Judge
                                           Southern District of Indiana


Served electronically on all ECF-registered counsel of record.