UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01859-JMS-MG |
| | ) |
| ERIC HOLCOMB in his capacity as the | ) |
| Governor of Indiana, | ) |
| TODD ROKITA in his capacity as the Attorney | ) |
| General of Indiana, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants:

Eric J. Holcomb, in his capacity as Governor of the State of Indiana, and Todd Rokita, in his capacity as the Attorney General of Indiana.

I certify that I am admitted to practice in this Court.

                                                Respectfully submitted,

                                                THEODORE E. ROKITA
                                                Attorney General of Indiana
                                                Attorney No. 18857-49

Date: <u>February 20, 2023</u>          By:      Rebekah P. Durham
                                                Atty. No. 37840-49
                                                Deputy Attorney General

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
302 West Washington Street – IGCS – 5th Floor
Indianapolis, IN  46204-2770
Telephone:  (317) 232-6329
Facsimile:  (317) 232-7979
Email: Rebekah.Durham@atg.in.gov