UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01859-JMS-MG |
| | ) |
| ERIC HOLCOMB in his capacity as the Governor of Indiana, | ) |
| TODD ROKITA in his capacity as the Attorney General of Indiana, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants, Eric Holcomb, in his official capacity as the Governor of Indiana, and Todd Rokita, in his official capacity as Attorney General of Indiana, by counsel, Aaron M. Ridlen, Deputy Attorney General, respectfully submit this Motion for Extension of Time requesting a 10-day extension to respond to Plaintiff's Complaint. In support thereof, Defendants state the following:

1. Defendants filed their Notice of Automatic Initial Extension pursuant to Local Rule 6-1(a) on January 23, 2023.

2. Defendants' deadline to respond to Plaintiff's complaint is February 20, 2023. That deadline has not yet passed.

3. Due to several pending deadlines, the defendants need a short, final extension to diligently prepare a response to Plaintiff's complaint.

4. Defendants request an extension of ten days, up to and including March 2, 2023.

5. This is Defendants' first request for an extension of time beyond the initial automatic extension afforded under Local Rule 6-1(a).

6. The initial pretrial conference in this matter is set for March 22, 2023; therefore, a ten-day extension will not prejudice Plaintiff or delay proceedings in this matter.

7. Plaintiff's counsel has no objection to the requested extension.

**WHEREFORE**, Defendants, by counsel, respectfully request a 10-day extension up to and including March 2, 2023, in which to file their response to Plaintiff's Complaint.

|  |  |  |
|---|---|---|
|  |  | THEODORE E. ROKITA<br>Attorney General of Indiana<br>Attorney No. 18857-49 |
| Date: February 20, 2023 | By: | Aaron M. Ridlen<br>Deputy Attorney General<br>Attorney No. 31481-49 |

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
302 West Washington Street – IGCS – 5th Floor
Indianapolis, IN  46204-2770
Telephone:  (317) 232-2826
Facsimile:   (317) 232-7979
E-mail:   Aaron.Ridlen@atg.in.gov