UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:22-cv-01859-JMS-MG |
| | ) |
| ERIC HOLCOMB in his capacity as the | ) |
| Governor of Indiana, | ) |
| TODD ROKITA in his capacity as the Attorney | ) |
| General of Indiana, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Defendants, by counsel, filed their Motion for Extension of Time to respond to Plaintiff's Complaint. The Court, being duly advised, now **GRANTS** this Motion.

**IT IS ORDERED** that Defendants shall have up to and including March 2, 2023, to file their response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: _____          _____
                                         Mario Garcia
                                         United States Magistrate Judge
                                         Southern District of Indiana

Served electronically on all ECF-registered counsel of record.