UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01859-JMS-MG |
| | ) |
| ERIC HOLCOMB in his capacity as the Governor of Indiana, | ) |
| TODD ROKITA in his capacity as the Attorney General of Indiana, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Defendants, by counsel, filed their Motion for Extension of Time to respond to Plaintiff's Complaint. The Court, being duly advised, now **GRANTS** this Motion.

**IT IS ORDERED** that Defendants shall have up to and including March 2, 2023, to file their response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Date: 2/21/2023

*[signature]*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.