**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| THE SATANIC TEMPLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-01859-JMS-MG |
| | ) | |
| ERIC HOLCOMB, in his capacity | ) | |
| as the Governor of Indiana; and | ) | |
| TODD ROKITA, in his capacity | ) | |
| as Attorney General of Indiana, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO DISMISS**

Eric Holcomb, in his official capacity as Governor of Indiana, and Todd Rokita, in his official capacity as Attorney General of Indiana, by counsel, move to dismiss all claims in this case. All counts should be dismissed under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Plaintiff, the Satanic Temple, has failed to establish standing to bring its claims and has failed to state any claim for which relief may be granted. Further, all of its claims against the Governor Holcomb are barred by sovereign immunity.

For those reasons and those in the accompanying brief in support of this motion, Governor Eric Holcomb and Attorney General Todd Rokita, in their official capacities, respectfully request that the Court grant this motion and dismiss all claims against them.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney No. 18857-49

By:   Aaron M. Ridlen
Deputy Attorney General
Attorney No. 31481-49

Christopher M. Anderson
Deputy Attorney General
Attorney No. 31870-49

Rebekah P. Durham
Deputy Attorney General
Attorney No. 37840-49

Office of the Indiana Attorney General
Indiana Government Center South,
5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone: (317)232-2826
Fax: (317)232-7979
Aaron.Ridlen@atg.in.gov