UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

---

THE SATANIC TEMPLE

    Plaintiff

  v.

ERIC HOLCOMB, in his capacity as
the Governor of Indiana; and
TODD ROKITA, in his
capacity as the Attorney General of
Indiana

    Defendants

Index No. 22-cv-1859

---

**MOTION ON CONSENT TO VACATE
ORDER SETTING INITIAL PRE-TRIAL CONFERENCE**

    The parties, on consent hereby respectfully ask that the Order Setting Initial Pretrial Conference, ECF No. 11, be vacated and in support thereof state:

    1.    This action was started on September 21, 2022, by the filing of the Complaint. ECF No. 1.

    2.    The Complaint was served on Defendants on November 22, 2022. ECF No. 8.

    3.    The Court entered an Order Setting Initial Pretrial Conference on January 24, 2023. ECF No. 11. The Order requires submission of a Proposed Case Management Plan ("CMP") by March 15, 2023, and a telephonic appearance before the Court, per the Hon. Mario Garcia, U.S.M.J., on March 22, 2023.

    4.    Defendants filed a motion to dismiss the Complaint on March 2, 2023. ECF No. 17.

    5.    Plaintiff intends to file an Amended Complaint on or before March 23, 2023.

1

6. Counsel for the parties have conferred and agree a CMP and Pretrial Conference are premature at this time and should await Defendants' answer or other response to the Amended Complaint.

7. The parties therefore respectfully request the Order Setting Initial Pretrial Conference be vacated. A proposed Order is attached as Exhibit A.

March 14, 2023

_W. James Mac Naughton_
W. James Mac Naughton, Esq.
7 Fredon Marksboro Road
Newton, NJ 07860
Phone: 732-213-8180
Fax: 732-875-1250
wjm@wjmesq.com
*Attorney for Plaintiff The Satanic Temple*

_Aaron M. Ridlen_
Aaron M. Ridlen
Deputy Attorney General
Attorney No. 31870-49
Office of the Indiana Attorney General
Indiana Government Center South,
5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-2826
Fax: (317) 232-7979
Aaron.Ridlen@atg.in.gov

Attorneys for Defendants Eric Holcomb and Todd Rokita

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

THE SATANIC TEMPLE

    Plaintiff

  v.

ERIC HOLCOMB, in his capacity as
the Governor of Indiana; and
TODD ROKITA, in his
capacity as the Attorney General of
Indiana

    Defendants

Index No.  22-cv-1859

**ORDER VACATING ORDER SETTING INITIAL PRE-TRIAL CONFERENCE**

Now on consent of the parties and for good cause shown it is hereby

**ORDERED**

Order Setting Initial Pretrial Conference, ECF No. 11 is. Vacated.

Date: March __, 2023

_____
The Hon. Mario Garcia, U.S.M.J.