UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

THE SATANIC TEMPLE

    Plaintiff

v.

Index No. 1:22-cv-1859-JMS-MG

ERIC HOLCOMB, in his capacity as
the Governor of Indiana; and
TODD ROKITA, in his
capacity as the Attorney General of
Indiana

    Defendants

**ORDER GRANTING MOTION TO VACATE INITIAL PRE-TRIAL CONFERENCE**

Now on consent of the parties and for good cause shown it is hereby **ORDERED** the Motion to Vacate the Initial Pretrial Conference at Dkt, [19] is GRANTED. The telephonic Initial Pretrial Conference set for March 22, 2023 is continued to **May 2, 2023 at 10:00 a.m. (Est)**. The parties should be prepared to proceed with setting case management plan dates and deadlines at that time given the age of the case. In the meantime, nothing prevents the parties from informally agreeing to exchange information that might fall under Rule 26's initial disclosures.

Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 3/17/2023

                                                   Mario Garcia
                                                   United States Magistrate Judge

Distribution:
To ECF Counsel of Record

                                                   Southern District of Indiana