UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cv-01859-JMS-MG |
| ) | |
| TODD ROKITA, in his capacity ) | |
| as the Attorney General of Indiana, and ) | |
| RYAN MEARS, in his capacity as ) | |
| Marion County Prosecutor, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant:

Ryan Mears, in his capacity as Marion County Prosecutor.

I certify that I am admitted to practice in this Court.

                        Respectfully submitted,

                        THEODORE E. ROKITA
                        Attorney General of Indiana
                        Attorney No. 18857-49

Date: <u>March 24, 2023</u>      By:    Aaron M. Ridlen
                                          Attorney No. 31481-49
                                          Deputy Attorney General

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
302 West Washington Street – IGCS – 5th Floor
Indianapolis, IN  46204-2770
Telephone:  (317) 232-2826
Facsimile:  (317) 232-7979
E-mail:  Aaron.Ridlen@atg.in.gov