UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01859-JMS-MG |
| | ) |
| TODD ROKITA, in his capacity | ) |
| as the Attorney General of Indiana, and | ) |
| RYAN MEARS, in his capacity as | ) |
| Marion County Prosecutor, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant:

Ryan Mears, in his capacity as Marion County Prosecutor.

I certify that I am admitted to practice in this Court.

                                          Respectfully submitted,

                                          THEODORE E. ROKITA
                                          Attorney General of Indiana
                                          Attorney No. 18857-49

Date: <u>March 24, 2023</u>        By:    Rebekah P. Durham
                                            Attorney No. 37840-49
                                            Deputy Attorney General

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-6329
Facsimile: (317) 232-7979
Rebekah.Durham@atg.in.gov