UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cv-01859-JMS-MG |
| ) | |
| TODD ROKITA, in his capacity ) | |
| as the Attorney General of Indiana, and ) | |
| RYAN MEARS, in his capacity as ) | |
| Marion County Prosecutor, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants:

Todd Rokita, in his capacity as the Attorney General of Indiana, and Ryan Mears, in his capacity as Marion County Prosecutor.

I certify that I am admitted to practice in this Court.

                    Respectfully submitted,

                    THEODORE E. ROKITA
                    Attorney General of Indiana
                    Attorney No. 18857-49

Date: <u>March 24, 2023</u>        By:    Melinda Holmes
                                              Deputy Attorney General
                                              Attorney No. 36851-79

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
302 West Washington Street – IGCS – 5th Floor
Indianapolis, IN  46204-2770
Phone: (317) 232-6357
Fax: (317) 232-7979
Email: Melinda.Holmes@atg.in.gov