UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE SATANIC TEMPLE, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | No. 1:22-cv-01859-JMS-MG |
| | ) | |
| ERIC HOLCOMB and TODD ROKITA, | ) | |
| | ) | |
| *Defendants*. | ) | |

## ORDER

Presently pending before the Court is a Motion to Dismiss filed by Defendants. [Filing No. 17.] In response, Plaintiff filed an Amended Complaint, [Filing No. 21], as it was entitled to do pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Plaintiff's Amended Complaint now controls this litigation and supersedes the pleading at which Defendants' Motion to Dismiss is directed. *See Chasensky v. Walker*, 740 F.3d 1088, 1094 (7th Cir. 2014) ("When a plaintiff files an amended complaint, the new complaint supersedes all previous complaints and controls the case from that point forward…[b]ecause a plaintiff's new complaint wipes away prior pleadings[.]") (citations omitted). Accordingly, the pending Motion to Dismiss, [17], is **DENIED AS MOOT**. Defendants[1] must answer or otherwise respond to Plaintiff's Amended Complaint as contemplated by the Federal Rules of Civil Procedure.

Date: 3/29/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

---

[1] The original Complaint named Eric Holcomb and Todd Rokita as Defendants. [Filing No. 1.] The Amended Complaint does not name Eric Holcomb as a defendant, but instead names Ryan Mears, in his capacity as Marion County Prosecutor. [Filing No. 21.] Accordingly, the deadline to answer or otherwise respond to the Amended Complaint applies to Mr. Rokita and Mr. Mears.