UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01859-JMS-MG |
| | ) |
| TODD ROKITA in his capacity as the Attorney General of Indiana, | ) |
| RYAN MEARS in is capacity as Marion County Prosecutor, | ) |
| | ) |
| Defendants. | ) |

**MINUTE ENTRY FOR MAY 2, 2023
INITIAL PRETRIAL CONFERENCE
HON. MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared by counsel for a Telephonic Initial Pretrial Conference. The Court will approve the Case Management Plan, by separate order, with changes discussed during conference. Case Management Plan to be modified so that initial disclosures in section III(B) are now due **June 9, 2023**.

This matter is scheduled for a telephonic status conference on **Thursday, August 24, 2023 at 11:00 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 5/2/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record