# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-01859-JMS-MG ) |
| TODD ROKITA, in his capacity as Attorney General of Indiana and RYAN MEARS, in his capacity as Marion County Prosecutor, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Defendants, by counsel, filed their Motion for Extension of Time to respond to Plaintiff's First Amended Complaint. The Court, being duly advised, now **GRANTS** this Motion.

**IT IS ORDERED** that Defendants shall have up to and including July 6, 2023, to file their response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: _____     _____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**