# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-01859-JMS-MG |
| | ) |
| TODD ROKITA, in his capacity as Attorney General of Indiana, and RYAN MEARS, in his capacity as Marion County Prosecutor, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF**

Defendants, by counsel, Deputy Attorney General Aaron M. Ridlen, and in accordance with Rules 26 and 36 of the Federal Rules of Civil Procedure, hereby submit these requests for admissions to Plaintiffs, to be answered within 30 days or such shorter or longer time as the parties may stipulate.

**DEFINITIONS**

1. "Plaintiff," "You," "Plaintiffs," "You," "Your," "Yours," and "Yourself" refer to the party to whom these discovery requests are directed, including but not limited to any agents, representatives, or employees of the party, including, without limitation, Plaintiff's counsel. These words shall not be interpreted to be so limited as to merely be asking for the knowledge of the persons signing on behalf of the party.

2. Unless otherwise defined, all words contained in the Requests for Admission should be construed in accordance with their ordinary meaning or meanings in the English language.

3. The singular shall include the plural, and the plural shall include the singular. The words "and" and "or" shall be construed conjunctively or disjunctively to make the request inclusive rather than exclusive. "And" shall include "or" and "or" shall include "and." "Any" shall include "all" and "all" shall include "any."

4. "Complaint" means the Satanic Temple's First Amended Complaint in this lawsuit, filed March 23, 2023.

5. "The Abortion Clinic" means the Satanic Temple's Abortion Clinic referenced in paragraphs 19-25 of the Complaint.

6. "Abortion-inducing drugs" means mifepristone, misoprostol, or any other prescription drug intended to induce or aid in inducing an abortion, or any combination of such drugs.

## INSTRUCTIONS

1. If you object to or otherwise decline to respond to any portion of these requests, you are to provide reasons for each such objection, and shall specifically deny the matter or set forth in detail the reason or reasons why you cannot truthfully admit or deny the matter. In accordance with Fed. R. Civ. P. 36(a)(4), each denial shall fairly meet the substance of the requested admission, and when good faith requires you to qualify your answer or deny only a part of the matter of which an admission is requested, you shall specify so much of it as true and qualify or deny the remainder.

2. These requests shall be deemed admitted pursuant to Fed. R. Civ. P. 36(a)(3) unless, within 30 days after service, you serve a written answer or objection addressed to the matter, signed by you or by your attorney, and, if objections are made, the reasons for any such objections.

3. All requests shall be deemed continuing so as to require supplemental response if further information is obtained between the time of service of the answers and the time of trial. You are under a duty to seasonably amend your responses upon receipt of new, supplemental, or supplanting information, and not to hold such information until the time of trial or settlement.

4. You are required to answer as to all information available to you and to all persons acting on your behalf as your representative, agent, attorney, employee, or investigator.

5. Unless otherwise noted, the relevant timeframe for the requests is January 1, 2013 to March 23, 2023.

## REQUESTS FOR ADMISSION

Defendants request the Plaintiff admit the following facts as true:

**REQUEST NO. 1**: The Abortion Clinic is located in New Mexico.

**RESPONSE:**


**REQUEST NO. 2**: The Abortion Clinic has never been licensed as an abortion clinic in Indiana under 410 IAC 26-2.

**RESPONSE:**


**REQUEST NO. 3**: The Satanic Temple does not presently intend to seek an Indiana license for the Abortion Clinic under 410 IAC 26-2.

**RESPONSE:**

**REQUEST NO. 4**: The Satanic Temple has not taken any steps to physically locate an abortion clinic in Indiana.

**RESPONSE:**

**REQUEST NO. 5**: The Satanic Temple does not presently intend to physically locate an abortion clinic in Indiana.

**RESPONSE:**

**REQUEST NO. 6**: As of the date of the responses to these requests, The Abortion Clinic does not employ any physicians who are licensed to practice medicine in Indiana.

**RESPONSE:**

**REQUEST NO. 7:** The Abortion Clinic has never provided abortion inducing drugs to a person then-residing in Indiana.

**RESPONSE:**

**REQUEST NO. 8:** The Abortion Clinic does not provide in-person services to patients at a physical clinic anywhere in the United States.

**RESPONSE:**

    Respectfully submitted,

    THEODORE E. ROKITA
    Attorney General of Indiana
    Attorney No. 18857-49

Date: May 8, 2023    By:    /s/ Aaron M. Ridlen

Aaron M. Ridlen
Deputy Attorney General
Attorney No. 31481-49
*Attorney for Defendants*