**EXHIBIT B**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-01859-JMS-MG ) |
| TODD ROKITA, in his capacity as Attorney General of Indiana, and RYAN MEARS, in his capacity as Marion County Prosecutor, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF**

Defendants, by counsel, Deputy Attorney General Aaron M. Ridlen, and in accordance with Rules 26 and 33 of the Federal Rules of Civil Procedure, propound the following interrogatories to Plaintiff, to be answered in writing and under oath within 30 days or such shorter or longer time as the parties may stipulate, in accordance with the Federal Rules of Civil Procedure.

**DEFINITIONS**

1. "Plaintiff," "You," "Plaintiffs," "You," "Your," "Yours," and "Yourself" refer to the party to whom these discovery requests are directed, including but not limited to any agents, representatives, or employees of the party, including, without limitation, Plaintiff's counsel. These words shall not be interpreted to be so limited as to merely be asking for the knowledge of the persons signing on behalf of the party.

2. Unless otherwise defined, all words contained in the Interrogatories should be construed in accordance with their ordinary meaning or meanings in the English language.

3. The singular shall include the plural, and the plural shall include the singular. The words "and" and "or" shall be construed conjunctively or disjunctively to make the request inclusive rather than exclusive. "And" shall include "or" and "or" shall include "and." "Any" shall include "all" and "all" shall include "any."

4. Any reference to a non-natural person includes that person's directors, officers, employees, agents, predecessors, successors, assigns, legal representatives, non-legal representatives, personal representatives, attorneys, subsidiaries, and parent companies, and includes any other person or entity acting on behalf of such non-natural person.

5. "Identify," when used in relationship to a person, means to give the person's full name, home address and telephone number, employer, business address and telephone number, position or occupation.

6. "Person" means all natural and legal persons, and all individuals and entities of whatever description, including, without limitation, individuals, governmental entities, offices, officials, political parties, associations, joint ventures, corporations, partnerships, trusts, and estates.

7. "Relating to" and "concerning" mean constituting, comprising, containing, setting forth, showing, disclosing, describing, explaining, summarizing or referring to, supporting, contradicting, proving, disproving, or tending to prove or disprove, directly or indirectly, in whole or in part, and should be given the broadest possible scope consistent with the discovery rules contained in the Federal Rules of Civil Procedure. These terms should be construed to apply not only to the events to which they refer directly, but also to all meetings, discussions, contacts, and other communications concerning those events.

8. "Complaint" means the Satanic Temple's First Amended Complaint in this lawsuit, filed March 23, 2023.

9. "The Abortion Clinic" means the Satanic Temple's Abortion Clinic referenced in paragraphs 19-25 of the Complaint.

10. "Abortion-inducing drugs" means mifepristone, misoprostol, or any other prescription drug intended to induce or aid in inducing an abortion, or any combination of such drugs.

11. "Involuntarily pregnant woman" means a woman who meets the criteria laid out in paragraph 12 of the Complaint.

## INSTRUCTIONS

1. You are required to answer the following interrogatories as to all information available to you and to all persons acting on your behalf as your representative, agent, attorney, employee, or investigator.

2. If you object to any interrogatory or to any part of an interrogatory, state the specific nature of the objection and the grounds for such objection. If you are unable to answer any interrogatory for any reason, state with specificity the reason or reasons why you are unable to answer.

3. If you have any objection to any interrogatory or any part of an interrogatory on the basis of confidentiality or privilege, please provide a privilege log identifying the withheld information and the nature of the privilege claimed.

4. To the extent that these interrogatories request information deemed confidential under rule, statute, or court order, you should mark or denote such information as confidential when providing a response.

5. If, in responding to these interrogatories, you encounter any ambiguity in construing any interrogatory, instruction, or definition, set forth the matter deemed ambiguous and the construction used in responding thereto.

6. All interrogatories shall be deemed continuing so as to require supplemental response if further information is obtained between the time of service of the answers and the time of trial. You are under a duty to seasonably amend your responses upon receipt of new, supplemental, or supplanting information, and not to hold such information until the time of trial or settlement.

7. Unless otherwise noted, the relevant timeframe for the interrogatories is January 1, 2013 to March 23, 2023.

## INTERROGATORIES

**INTERROGATORY NO. 1**: Identify each and every person who answered, or who was consulted or provided information in answering, these interrogatories, and for each such person, identify with specificity the information or other assistance provided in answering these interrogatories.

**RESPONSE:**


**INTERROGATORY NO. 2**: Describe in detail the nature and scope of the services provided by The Abortion Clinic.

**RESPONSE:**

**INTERROGATORY NO. 3**: Identify the number of persons to whom The Abortion Clinic has provided abortion inducing drugs, the type and quantity of such drugs provided, and the location where the drugs were provided during the relevant timeframe.

**RESPONSE:**

**INTERROGATORY NO. 4**: Identify each and every licensed physician employed by or contracted by The Abortion Clinic and in which state or states each identified physician is licensed.

**RESPONSE:**

**INTERROGATORY NO. 5**: Describe in detail the specific expenses to which the money referenced in paragraph 19 of the Complaint was applied.

**RESPONSE:**

**INTERROGATORY NO. 6**: Identify each and every person from whom you intend to solicit sworn testimony for use as evidence relating to or concerning the existence, identity, status, or factual circumstances surrounding the involuntarily pregnant women referenced in paragraph 10 of the Complaint.

**RESPONSE:**

**INTERROGATORY NO. 7**: Identify each and every involuntarily pregnant member of the Satanic Temple who resides in Indiana whom you believe provides a basis for standing in this matter.

**RESPONSE:**

**INTERROGATORY NO. 8**: Describe in detail the process and requirements for becoming a member of the Satanic Temple.

**RESPONSE:**

        Respectfully submitted,

        THEODORE E. ROKITA
        Attorney General of Indiana
        Attorney No. 18857-49

Date: May 8, 2023    By:    /s/ Aaron M. Ridlen
        Aaron M. Ridlen
        Deputy Attorney General
        Attorney No. 31481-49
        *Attorney for Defendants*