UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-01859-JMS-MG |
| | ) |
| TODD ROKITA, in his capacity as Attorney General of Indiana, and RYAN MEARS, in his capacity as Marion County Prosecutor, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Todd Rokita, in his official capacity as Attorney General of Indiana, and Ryan Mears in his official capacity as Marion County Prosecutor, by counsel, move to dismiss all claims in this case. All counts should be dismissed under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Plaintiff, the Satanic Temple, has failed to establish standing to bring its claims and has failed to state any claim for which relief may be granted. Further, Counts 4 and 5 are barred by sovereign immunity.

For those reasons and those in the accompanying brief in support of this motion, Attorney General Todd Rokita and Marion County Prosecutor Ryan Mears, in their official capacities, respectfully request that the Court grant this motion and dismiss all claims against them.

       Respectfully submitted,

       THEODORE E. ROKITA
       Attorney General of Indiana
       Attorney No. 18857-49

By: Aaron M. Ridlen
   Deputy Attorney General
   Attorney No. 31481-49


OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
302 West Washington Street – IGCS – 5th Floor
Indianapolis, IN  46204-2770
Telephone:  (317) 232-2826
Facsimile:   (317) 232-7979
E-mail:  Aaron.Ridlen@atg.in.gov