Donate To TST Health    Learn    Advocacy    Shop    Visit Salem    Join    SatanCon    DONATE



 SAMUEL ALITO'S MOM'S SATANIC ABORTION CLINIC 

**EXHIBIT 2**

**Samuel Alito's Mom's Satanic Abortion Clinic** is an online clinic that provides religious medication abortion care. The clinic provides abortion medication via mail to those in New Mexico who wish to perform The Satanic Temple's Religious Abortion Ritual.



Patients pay a pharmacy for the medication, but medical and religious services are free.

ENTER TST HEALTH TO LEARN MORE

FOR CLINIC MERCHANDISE

DONATE

**EXHIBIT 2**

## SOCIAL SATAN

LEARN
ADVOCACY
SHOP
JOIN



## INFORMATION

CONTACT US
DONATE
DEVIL'S ADVOCATE SCHOLARSHIP WINNERS
LEGAL NOTICES
TERMS OF SERVICES
SHOP CUSTOMER SERVICE

## SHOP NOW

ALL PRODUCTS
APPAREL
CONTRIBUTE TO THE SATANIC TEMPLE
MEMBERSHIP CARDS AND CERTIFICATES

## NEWS & UPDATES

Sign up to get the latest Satanic Temple Newsletters

First name

Enter your email address...

SIGN UP

The Satanic Temple is the only Satanic religious organization recognized as a church by the IRS and the Federal Court System.



**EXHIBIT 2**