UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01859-JMS-MG |
| | ) |
| TODD ROKITA, | ) |
| RYAN MEARS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Defendants filed a Motion for Extension of Time [34] seeking to move the deadline for responding to Plaintiff's Amended Complaint from May 22, 2023 to July 6, 2023.  However, on May 22, 2023, before the Court could rule on the Motion for Extension, Defendants filed a Motion to Dismiss the Amended Complaint [36].  Therefore, Defendants' Motion for Extension of Time [34] is **DENIED AS MOOT.**

However, the Court will hold a telephonic status conference to discuss whether Defendants' Motion to Dismiss should be held in abeyance so that the parties may conduct expedited and narrowly tailored discovery on the issue of standing under Fed. R. Civ. P. 12(b)(1).  *See Bazile v. Fin. Sys. of Green Bay, Inc.*, 983 F.3d 274, 278 (7th Cir. 2020) ("Once the allegations supporting standing are quested as a factual matter … the plaintiff must support each controverted element of standing with 'competent proof.'").  The Court will issue a separate scheduling order.

Date: 5/25/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record.**