UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01859-JMS-MG |
| | ) |
| TODD ROKITA in his capacity as the Attorney General of Indiana, | ) |
| RYAN MEARS in is capacity as Marion County Prosecutor, | ) |
| | ) |
| Defendants. | ) |

## SCHEDULING ORDER

This matter is scheduled for a telephonic status conference on **Wednesday, June 7, 2023 at 9:30 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 5/25/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record**