UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-01859-JMS-MG ) |
| TODD ROKITA in his capacity as the Attorney General of Indiana, RYAN MEARS in his capacity as Marion County Prosecutor, | ) ) ) ) ) |
| Defendants. | ) ) |

**MINUTE ENTRY FOR JUNE 7, 2023**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference. Parties discussed the possibility of holding the pending Motion to Dismiss in abeyance, but neither side requested such relief.  Plaintiff sought a 7-day extension to file its response to the Motion to Dismiss with no opposition by defendant.  Plaintiff's response will be due **June 20, 2023**, and defendant's reply in support of the Motion to Dismiss due by **July 5, 2023**.

Date: 6/8/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record.**