UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

THE SATANIC TEMPLE, INC.

    Plaintiff

    v.

TODD ROKITA, in his
capacity as the Attorney General of
Indiana and
RYAN MEARS, in his capacity as
Marion County Prosecutor

    Defendants

Case No. 1:22-cv-1859-JMS-MG

**DECLARATION OF ERIN HELIAN**

    Erin Helian, pursuant to 28 U.S.C. §1746, declares under penalty of perjury the following statements are true and correct:

    1.    I am an Executive Director of and also a member of Plaintiff The Satanic Temple ("TST"). My areas of responsibility include the creation and operation of the TST Clinic, as described in the First Amendment Complaint ("Complaint") at ¶¶ 19 to 25. I make this declaration in opposition to the Defendants' motion to dismiss, ECF No. 36.

    2.    Erin Helian is an assumed name. I will not disclose my real name due to my fear of violent retribution from domestic terrorists motivated by animosity to proponents of abortion and non-Christian religious beliefs.

    3.    TST venerates, but does not worship, the allegorical Satan described in the epic poem Paradise Lost - the defender of personal sovereignty against the dictates of religious authority.

4. Members in TST adhere to seven tenets (the "TST Tenets") commonly associated with secular humanism and described in the Complaint at ¶7.

5. TST promotes the TST Tenets with a variety of programs, including, but not limited to education and outreach for the purpose of promoting the TST Tenets in general and the Satanic Abortion Ritual in particular.

6. One of TST's programs has been to litigate the validity of abortion regulations that infringe on the TST Tenets. TST has financed such litigation in federal courts in Missouri, Texas and the 8th Circuit and in Missouri state court.

7. TST is a voluntary membership organization, closely identified with TST members and subject to their influence. TST maintains a website at https://thesatanictemple.com.

8. TST members can and do routinely organize events to promote the TST Tenets, with the support and encouragement of TST. TST members can and do routinely voice their opinions on the formulation and implementation of the TST Tenets and TST responds to those opinions.

9. There is a surprisingly large number of people in the U.S. who profess to be Satanists,[1] including some who actually worship Satan as a deity. TST serves the segment of the Satanist community that regards Satan as the allegorical figure described in Milton's Paradise Lost. Adherence to the TST Tenets is central to their concept of being a Satanist and antithetical to the worship of Satan.

---

[1] The dictionary defines a Satanist as "a person who engages in any of a highly diverse group of religious, philosophical, or countercultural practices centered around Satan, either as a deity or a nontheistic symbol of enlightenment, individualism, or ethical egoism." https://www.dictionary.com/browse/satanist, last visited April 21, 2023

10. TST has at least 11,300 members in Indiana. They are generally between 16 and 40 years old.

11. TST has approximately 5,650 female TST members residing in Indiana.

12. The TST members wish to remain anonymous due to the risk of violent retribution from domestic terrorists motivated by animosity to proponents of abortion and non-Christian religious beliefs.

13. Consistent with TST Tenets III and V, TST members believe the fetal tissue a pregnant woman carries in her uterus – from conception until viability - is part of her body and not imbued with any humanity or existence separate and apart from that of the woman herself.

14. Consistent with the TST Tenets III and V, TST members believe a woman who carries a Prenatal Child (as that term is defined in the Complaint at ¶18) in her uterus without her consent must remove that Prenatal Child from her body provided it can be done without jeopardy to her own health and safety.

15. TST members hold these beliefs without regard to gender or whether they are pregnant.

16. The concept that a human being comes into existence at conception and must be carried to term by the mother is antithetical to the TST Tenets and deeply offensive to TST members.

17. Pregnant TST members can and do get abortions, where they are legal, to terminate an unwanted pregnancy as an exercise of their religious beliefs pursuant to the Satanic Abortion Ritual, a copy of which is attached as Exhibit A to the Complaint.

18. Pregnant TST members in Indiana could lawfully get abortions in the exercise of the Satanic Abortion Ritual prior to September 15, 2022, the effective date of Indiana Senate Bill 1.

19. TST, doing business as TST Health, Inc., has spent over $75,000 to establish and operate an abortion clinic that serves TST members in New Mexico (the "TST Clinic").

20. The purpose of the TST Clinic is to:

   A. Promote the Satanic Abortion Ritual;

   B. Prescribe mifeprestone and misoprostol ("Abortifacients") to pregnant members of TST nationwide using telemedicine ("Medical Abortions"); and

   C. Deliver Abortifacients to TST members nationwide for use in Medical Abortions by mail and other means;

   D. Counsel TST members on the use of Abortifacients in the Satanic Abortion; and

   E. Counsel TST members on the application of the Satanic Abortion Ritual to surgical abortions

21. The TST Clinic was established in response to decision by the U.S. Supreme Court in the *Dobbs* case. Shortly after *Dobbs* was handed down, numerous states began closing abortion clinics and TST members in those states no longer had legal access to abortion services. TST decided that the effective promotion of the Satanic Abortion Ritual will require making the Abortifacients used in the Ritual readily available at minimum expense throughout the country. Creating the TST Clinic is the first step in that effort.

22. The TST Clinic delivers its services without charge for religious telehealth Medical Abortions. Patients pay only for the cost of Abortifacients, which typically cost about $90. Abortifacients are delivered by mail which can be by overnight service.

23. The TST Clinic was designed to make the Abortifacients used in the Satanic Abortion Ritual readily available at minimum cost throughout the country. The TST Clinic was designed to be readily scalable, meaning it could expand its services into any state with the minimal expenditure of time and money. The TST Clinic therefore chose the following procedure to prescribe and deliver Abortifacients (the "Telemedicine Model"):

a. The TST Clinic maintains a website for purposes of describing its services and providing a means of scheduling an abortion. The website is at www.tsthealth.org.;

b. The patient contacts the TST Clinic through the website or by phone or email;

c. Personnel from the TST Clinic contact the patient by phone or email and collect the information necessary to determine whether Abortifacients can be safely prescribed to the patient in accordance with the risk evaluation and mitigation strategy ("REMS") established by the U.S. Food and Drug Administration ("FDA");

d. The patient consults with an Advance Practice Registered Nurse ("APRN") by video link, such as Zoom;

e. The APRN must comply with the risk mitigations and evaluation strategies ("RMS") of the U.S. Food and Drug Administration in prescribing Abortifacients;

f. The APRN determines during the course of the consultation whether writing the patient a prescription for Abortifacients complies with REMS;

    g.  If so, the APRN writes the prescription for Abortifacients during the consultation which is filled by a third-party pharmacy authorized by the FDA to dispense Abortifacients;

    h.  The Abortifacients are mailed to the patient;

    i.  The patient takes the Abortifacients at home and can consult with the TST Clinic at any time if necessary.

24. Mailed delivery typically takes three to five days. Overnight delivery is available at the patient's expense.

25. The TST Clinic currently prescribes Abortifacients only to patients who provide a New Mexico address. The APRN's employed by the TST Clinic could safely prescribe Abortifacients in accordance with FDA regulations to TST members in Indiana for inducing abortions at home. The cost for an APRN to become registered in the State of Indiana is about $300.

26. The TST Clinic chooses to not prescribe Abortifacients to TST members in Indiana due to the threat of criminal prosecution and jeopardy to the professional licenses of its staff for violating the Indiana Abortion Ban.

27. Indiana bans the Telemedicine Model. The cost of complying with Indiana's requirements for abortion providers would dramatically increase the costs for TST to fulfill its mission of efficiently providing Abortifacients to Indiana members for use in the Satanic Abortion Ritual.

28. The TST Clinic became operational on February 14, 2023. It has received hundreds of inquiries from TST members about its services. It has served dozens of patients

since becoming operational and prescribed Abortifacients to numerous women for purposes of engaging in the Satanic Abortion Ritual.

29. Given the enthusiastic reception of the TST Clinic, it is highly likely that one or more of TST members in Indiana would use the unique services of the TST Clinic but for the Indiana Abortion Ban.

30. Prior to opening the TST Clinic, TST's programs were focused on education and advocacy, not the practice of medicine. The creation of the TST Clinic has resulted in a diversion of TST resources from TST's other programs to promote the TST Tenets based on education and advocacy.

June 16, 2023

_____
Erin Helian