UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

THE SATANIC TEMPLE, INC.

    Plaintiff

    v.

TODD ROKITA, in his
capacity as the Attorney General of
Indiana and
RYAN MEARS, in his capacity as
Marion County Prosecutor

    Defendants

Case No. 1:22-cv-1859-JMS-MG

### DECLARATION OF DR. J. D.

Dr. J.D, pursuant to 28 U.S.C. §1746, declares under penalty of perjury the following statements are true and correct:

1. I hold a Doctorate in Osteopathy and am a Fellow in The American Congress of Obstetricians and Gynecologists. I am licensed to practice medicine in four states. I have engaged in the practice of medicine as an obstetrics and gynecological specialist for over fifteen (15) years.

2. I make this declaration in opposition to the Defendants' motion to dismiss, ECF No. 36.

3. I have reviewed the First Amended Complaint (the "Complaint") in this action. The allegations made in the Complaint at ¶¶37 to 40, 43, 45 to 46, 48, 49, 51 to 54 and 56 to 65 are true.

4. Virtually all scientific knowledge regarding the matters described in the preceding paragraph has been developed in the 20th and 21st Centuries. The scientific details for creating a

1

human zygote and its progression and development to birth as a human being capable of self-sustaining life were unknown in the 18th and 19th Centuries.

5. The fertility rate is a commonly used metric in obstetrics and expressed as the number of live births per 1,000 women of child-bearing age. The fertility rate in Indiana in 2017 (the last year for which statistics are available) was 63.5 per 1,000 women.[1]

6. The induced abortion rate is a commonly used metric in obstetrics and expressed as the number of induced abortions per 1,000 women of child-bearing age. The induced abortion rate in Indiana in 2021 (the last year for which statistics are available) was 6.0 induced abortions per 1000 women.[2]

7. I am advised there are 5,650 women of child-bearing age in Indiana who are members of The Satanic Temple ("TST"). It is my opinion, to a reasonable degree of medical certainty based on the fertility and abortions rates for Indiana, that three hundred ninety-two (392) TST members in Indiana are pregnant during the course of a year.[3]

8. Contraception is routinely used by sexually active women to prevent becoming pregnant. There are many different forms of contraception, each with its own unique characteristics and risks for failure. With the exceptions of abstinence and sterilization, no method of contraception is fool proof. Women using contraception are always at risk for getting pregnant, typically (though not always) due to a failure to correctly use their chosen method of contraception.

---

[1] https://www.in.gov/health/reports/natality/2017/tbl31_t.htm, last visited May 25, 2023
[2] https://www.in.gov/health/vital-records/vital-statistics/terminated-pregnancy-reports/, 2021 Terminated Pregnancy Report last visited June 9, 2023.
[3] 5,650 women x (63.5 fertility rate + 6.0 abortion rate) = 392.675

9. The National Institute of Health reports that 88.2% of all women ages 15 to 44 years used at least one form of contraception during their lifetime. Among women who could become pregnant but did not wish to do so, 90% use some form of contraception.[4]

10. The Centers for Disease Control and Prevention report that one-half of all pregnancies in the U.S. are unintended.[5]

11. The National Institute of Health reports that 48% of unintended pregnancies are due to a failure in the use of birth control.[6]

12. Applying these statistics, it is my opinion, to a reasonable degree of medical certainty, that ninety-four (94) TST members in Indiana are Involuntarily Pregnant Women during the course of a year.[7] It is my opinion, to a reasonable degree of medical certainty, that at least one (1) of these women is pregnant at any given point in time during the course of a year.

13. Gestational surrogacy is common throughout the United States, including Indiana, which permits compensated surrogacy.

14. There are numerous online advertisements for gestational carriers in Indiana These include:

   a. Circle Surrogacy, offering $55,000. See

      https://www.circlesurrogacy.com/surrogacy/surrogacy-by-state/surrogacy-in-indiana#how-much-does-surrogacy-cost-in-indiana, last visited June 13, 2023;

   b. Creative Family Connections, offering $30,000 to $55,000. See

---

[4] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7533104/ last visited April 21, 2023
[5] https://www.cdc.gov/reproductivehealth/contraception/unintendedpregnancy/index.htm , last visited April 21, 2023
[6] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2386600/ , last visited April 21, 2023.
[7] 392 x .5 x .48 = 94.08

    https://www.creativefamilyconnections.com/about-surrogacy/surrogate-compensation/, last visited June 13, 2023;

    c. Storks Nest, offering $40,000 to $50,000. See https://www.storksnestagency.com/gestational-surrogate-compensation, last visited June 13, 2023;

    d. American Surrogacy, offering $60,000+. See https://www.americansurrogacy.com/surrogate/surrogates-surrogate-pay, last visited June 13, 2023.

15. I am advised that the TST Clinic uses the following procedure to prescribe and deliver mifeprestone and misoprostol ("Abortifacients") to patients (the "Telemedicine Model"):

    a. The patient contacts the TST Clinic by phone or email;

    b. Personnel from the TST Clinic contact the patient by phone or email and collect the information necessary to determine whether Abortifacients can be safely prescribed to the patient in accordance with the risk evaluation and mitigation strategy ("REMS") established by the U.S. Food and Drug Administration ("FDA");

    c. The patient consults with an Advance Practice Registered Nurse ("APRN") by video link, such as Zoom;

    d. The APRN determines during the course of the consultation whether writing the patient a prescription for Abortifacients complies with REMS;

    e. If so, the APRN writes the prescription for Abortifacients during the consultation which is filled by a third-party pharmacy authorized by the FDA to dispense Abortifacients;

    f.   The Abortifacients are mailed to the patient.

16. I am advised that the procedure for obtaining an abortion using Abortifacients in Indiana requires the following procedures:

    a.   All abortion related services must be provided by a physician in a hospital at which he or she has admission privileges or at an ambulatory outpatient surgical center for such hospital;

    b.   All consultations by the patient with the physician must be in-person;

    c.   The patient must sign an "informed consent" form and then wait at least eighteen (18) hours before getting an abortion;

    d.   The abortion thus requires two (2) in-person visits by the patient with the physician and the Abortifacients must be ingested in the presence of the physician.

17. It is my opinion, to a reasonable degree of medical certainty, that due to the travel time and waiting period required by the Indiana procedure, the delivery of an abortion using Abortifacients takes longer following the Indiana procedure than using the Telemedicine Model.

18. It is my opinion, to a reasonable degree of medical certainty, that due to the requirement in Indiana that only a physician with hospital privileges can prescribe Abortifacients, the cost of an abortion using Abortifacients is more expensive in Indiana than using the Telemedicine Model.

June 14, 2023

*Dr. J.D.*