UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

THE SATANIC TEMPLE, INC.

     Plaintiff

  v.

TODD ROKITA, in his
capacity as the Attorney General of
Indiana and
RYAN MEARS, in his capacity as
Marion County Prosecutor

     Defendants

Case No. 1:22-cv-1859-JMS-MG

### DECLARATION OF W. JAMES MAC NAUGHTON

W. James Mac Naughton, pursuant to 28 U.S.C. §1746, declares under penalty of perjury the following statements are true and correct:

1. I am the attorney for Plaintiff in this case. I make this declaration in opposition to Defendants' Motion to Dismiss, ECF No. 36.

2. Attached as Exhibit A is a true copy of the Brief filed by Defendant Todd Rokita in the matter captioned *Members of the Medical Licensing Board of Indiana et al v. Planned Parenthood Great Northwest Hawaii, Alaska, Indiana, Kentucky, Inc. et al*, Docket No. 22S-PL-00338, Indiana Supreme Court. Defendant Rokita states in the Brief at p. 57 that "[a]bortion terminates the existence of what science shows to be a distinct 'living human being' with the capacity to think, feel, hear, move, and direct *its own* development." [emphasis in original]

3. Attached as Exhibit B is a true copy of the Brief filed by Defendant Rokita in the matter captioned *Individual Members of the Medical Licensing Board of Indiana, et al. v.*

1

*Anonymous Plaintiff 1, et al*, Docket No. 22A-PL-02938, Indiana Court of Appeals. The Brief states as p. 48 "human fetuses are human beings is a scientific fact, not a theological claim."

4. Attached as Exhibit C is a true copy of an Order Granting Plaintiffs' Motion for Preliminary Injunction entered in *Anonymous Plaintiff #1 et al v. The Individual Members of The Medical Licensing Board of Indiana, et al.*, Dkt. No. 49D01-2209-PL-031056, Circuit Court of Monroe County, Indiana. The Court ruled at ¶34 that "the question of when life begins is a religious one that the State may not answer legislatively or as a factual matter."

5. Attached as Exhibit D is a true copy of a letter sent by Defendant Rokita to Walgreens Boot Alliance, Inc. dated February 1, 2023.

6. Attached as Exhibit E is a true copy of Memorandum Opinion for The General Counsel United States Postal Service dated December 23, 2022 regarding Application of the Comstock Act to the Mailing of Prescription Drugs That Can Be Used for Abortions

7. Attached as Exhibit F is a true copy of an Order Denying Plaintiffs' Request for Preliminary Injunction entered in the matter captioned *Dr. Caitlin Bernard et al v. Todd Rokita, et al*, Dkt No. 49D01-2211-MI-038101, Marion County Superior Court. The Court said at ¶143 that ('[t]he public statements made by the Attorney General prior to the referral of the matter to the Medical Licensing Board, therefore, are clearly unlawful breaches of the licensing investigations statute's requirement that employees of the Attorney General's Office maintain confidentiality over pending investigations until they are so referred to prosecution."

8. Plaintiff's offices in Salem MA were subjected to an arson attack last year by an individual who carried a Bible in his backpack. Schools that have permitted Plaintiff to set up an After School Satan Club sponsored by Plaintiff have been threatened by zealots to "come in

there and shoot everybody."[1]  Plaintiff takes these threats seriously and, as a consequence, will not divulge the names of any TST members in these proceedings, even anonymously.

9. I cannot, in good conscience, advise my client or its members that compliance with the Court's local rule regarding anonymous filing, Local Rule 10-1, will guarantee the identity of a TST member will not be publicly disclosed.  I base my belief on the fact that a draft of the *Dobbs* decision was publicly disclosed months before the final decision was released.  I also base my belief on the fact that Defendant Rokita violated state law regarding confidentiality in a matter involving an Indiana physician who performed an abortion on a child victim of rape.

10. It is clear that the passions stirred up by the culture war over abortion can overcome the good judgment of even high government officials.  I would have to advise any TST member who volunteers to be a party to this case by a Doe designation or pseudonym that there is a risk of the public disclosure of their identify and the possibility of violent retribution from domestic terrorists motivated by animosity to proponents of abortion and non-Christian religious beliefs.

June 20, 2023

<em><u>W. James Mac Naughton</u></em>

---

[1] https://www.mcall.com/2023/02/28/north-carolina-man-phoned-threat-to-saucon-valleyschools-in-response-to-after-school-satan-club-authorities-say