UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

THE SATANIC TEMPLE, INC.

    Plaintiff

  v.

TODD ROKITA, in his
capacity as the Attorney General of
Indiana and
RYAN MEARS, in his capacity as
Marion County Prosecutor

    Defendants

Case No. 1:22-cv-1859-JMS-MG

**CONSENT MOTION TO MAINTAIN DOCUMENT
UNDER SEAL PURSUANT TO LOCAL RULE 5-11(d)**

Plaintiff, with Defendants' consent, moves pursuant to Local Rule 5-11(d) to maintain the sealing of the Declaration of Dr. J.D., ECF No. 46 (the "Declaration"). The sealing applies only to the declarant's identity. The sealing is necessary to protect the declarant from the risk of violent retribution from domestic terrorists motivated by animosity to proponents of abortion and non-Christian religious beliefs.

The cover sheet required by Local Rule 5-11(d)(1) and proposed order accompany this motion.

June 20, 2023

*W. James Mac Naughton*
W. James Mac Naughton, Esq.
7 Fredon Marksboro Road
Newton, NJ 07860
wjm@wjmesq.com
*Attorney for Plaintiff The Satanic Temple*