**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

THE SATANIC TEMPLE, INC.

    Plaintiff

  v.

TODD ROKITA, in his
capacity as the Attorney General of
Indiana and
RYAN MEARS, in his capacity as
Marion County Prosecutor

    Defendants

Case No. 1:22-cv-1859-JMS-MG

**ORDER TO MAINTAIN DOCUMENT**
**UNDER SEAL PURSUANT TO LOCAL RULE 5-11(d)**

Upon Plaintiff's motion, with Defendants' consent, and for good cause shown it is hereby

**ORDERED**

The document filed as ECF No. 46 is and shall remain sealed.

June ___, 2023