UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01859-JMS-MG |
| | ) |
| TODD ROKITA, | ) |
| RYAN MEARS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Plaintiff's Unopposed Motion to Maintain Document Under Seal [Dkt. 47] is **DENIED** because Plaintiff's Motion does not satisfy the requirements of S.D. Ind. L.R. 5-11.  In particular, Plaintiff did not file the required Brief in Support (*see* S.D. Ind. L.R. 5-11(d)(2)(A)(i), (e)) with any supporting authority to seal this document.  The denial is **WITHOUT PREJUDICE** for Plaintiff to resubmit a motion to seal that complies fully with S.D. Ind. L.R. 5-11 within **7 days of this Order**.  In the meantime, the Clerk is **DIRECTED** to maintain [Dkt. 46] under seal until further order of this Court.

Date: 6/27/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record.**