## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

_____

THE SATANIC TEMPLE, INC.

      Plaintiff

        v.

TODD ROKITA, in his
capacity as the Attorney General of
Indiana and
RYAN MEARS, in his capacity as
Marion County Prosecutor

      Defendants

_____

Case No. 1:22-cv-1859-JMS-MG

### DOCUMENT FILED UNDER SEAL PURSUANT TO LOCAL RULE 5-11(d)

Plaintiff respectfully requests the Declaration of Dr. J.D., filed under seal as ECF No. 46, be maintained under seal.  The document has been designated "Attorneys Eyes Only" pursuant to the Uniform Stipulated Protective Order dated May 25, 2023, ECF No. 39.  For purposes of the seal, the "Attorneys Eyes Only" applies only to the Declarant's name.  A redacted version of the document has been filed as the Declaration of Dr. J.D. at ECF No. 44-2. Defendants consent to this sealing of the Declarant's name.

June 29, 2023

_W. James Mac Naughton_
W. James Mac Naughton, Esq.
7 Fredon Marksboro Road
Newton, NJ 07860
wjm@wjmesq.com
_Attorney for Plaintiff The Satanic Temple, Inc._