UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

THE SATANIC TEMPLE, INC.

    Plaintiff

  v.

TODD ROKITA, in his
capacity as the Attorney General of
Indiana and
RYAN MEARS, in his capacity as
Marion County Prosecutor

    Defendants

Case No. 1:22-cv-1859-JMS-MG

### DECLARATION OF W. JAMES MAC NAUGHTON

W. James Mac Naughton, pursuant to 28 U.S.C. §1746, declares under penalty of perjury the following statements are true and correct:

1. I am the attorney for Plaintiff in this case. I make this declaration in support of Plaintiff's motion, on consent and pursuant to Local Rule 5-11(d), to maintain the sealing of the Declaration of Dr. J.D., ECF No. 46 (the "Declaration").

2. Plaintiff seeks to keep Declarant's identity out of the public record due to the risk of violent retribution from domestic terrorists motivated by animosity to proponents of abortion and non-Christian religious beliefs.

3. Plaintiff's concern for the physical safety of Declarant is not an academic matter. Plaintiff's offices in Salem MA were subjected to an arson attack last year by an individual who carried a Bible in his backpack. Schools that have permitted Plaintiff to set up an After School

1

Satan Club sponsored by Plaintiff have been threatened by zealots to "come in there and shoot everybody."[1]  Plaintiff takes these threats seriously.

        4.     The Declarant's identity has been disclosed to Defendants with the designation "ATTORNEYS EYES ONLY" under the terms of the Uniform Stipulated Protective Order, ECF No. 39.  Defendants have ample opportunity to investigate the *bona fides* of Declarant as an expert witness.

June 29, 2023

                                               *W. James Mac Naughton*
                                               W. James Mac Naughton, Esq.
                                               7 Fredon Marksboro Road
                                               Newton, NJ 07860
                                               wjm@wjmesq.com
                                               *Attorney for Plaintiff The Satanic Temple*

---

[1] https://www.mcall.com/2023/02/28/north-carolina-man-phoned-threat-to-saucon-valleyschools-in-response-to-after-school-satan-club-authorities-say, last visited June 15, 2023.