UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

THE SATANIC TEMPLE, INC.

    Plaintiff

  v.

TODD ROKITA, in his
capacity as the Attorney General of
Indiana and
RYAN MEARS, in his capacity as
Marion County Prosecutor

    Defendants

Case No. 1:22-cv-1859-JMS-MG

**MEMORANDUM OF LAW**

    This memorandum of law is submitted in support of Plaintiff's motion, on consent and pursuant to Local Rule 5-11(d), to maintain the sealing of the Declaration of Dr. J.D., ECF No. 46 (the "Declaration"). There is a risk public disclosure of Declarant's name will subject Declarant to violent retribution from domestic terrorists motivated by animosity to proponents of abortion and non-Christian religious beliefs.

    There is no prejudice to Defendants in keeping the Declarant's name out of the public record. They know Declarant's identity pursuant to the Court's Protective Order and have consented to maintaining the seal on the Declaration. "[T]he harm of disclosing the witness's identity exceeds the likely harm from concealment" and the motion should be granted. *All-Options, Inc. v. Attorney General of Indiana*, 1:21-cv-01231-JPH-MJD (S.D. Ind. June 21, 2021).

June 29, 2023

1

<u>*W. James Mac Naughton*</u>
W. James Mac Naughton, Esq.
7 Fredon Marksboro Road
Newton, NJ 07860
wjm@wjmesq.com
*Attorney for Plaintiff The Satanic Temple*