UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-01859-JMS-MG ) |
| TODD ROKITA, in his capacity as Attorney General of Indiana, and RYAN MEARS, in his capacity as Marion County Prosecutor, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**INDEX OF EXHIBITS TO ECF 51**

Exhibit A:   Plaintiff's Response to Defendants' First Set of Requests for Admission.

Exhibit B:   Plaintiff's Non-Confidential Response to Defendants' First Set of Interrogatories to Plaintiff.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney No. 18857-49

Date: July 5, 2023           By:   Aaron M. Ridlen
Deputy Attorney General
Attorney No. 31481-49

Office of the Indiana Attorney General
Indiana Government Center South,
5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone: (317)232-2826
Fax: (317)232-7979
Aaron.Ridlen@atg.in.gov

1