UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-01859-JMS-MG |
| ) | |
| TODD ROKITA, in his capacity ) | |
| as Attorney General of Indiana, ) | |
| and RYAN MEARS, in his ) | |
| capacity as Marion County ) | |
| Prosecutor, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO
DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION**

**REQUEST NO. 1**: The Abortion Clinic is located in New Mexico.

**RESPONSE:** Admits the Abortion Clinic lawfully prescribes abortifacients to individuals who receive the abortifacients in New Mexico. Otherwise, denies because the Abortion Clinic does not maintain an office or other physical space for the purpose of an in-person meeting with a patient.

**REQUEST NO. 2**: The Abortion Clinic has never been licensed as an abortion clinic in Indiana under 410 IAC 26-2.

**RESPONSE:** Admits.

**REQUEST NO. 3**: The Satanic Temple does not presently intend to seek an Indiana license for the Abortion Clinic under 410 IAC 26-2.

**RESPONSE:** Admits.

1

**EXHIBIT A**

**REQUEST NO. 4**: The Satanic Temple has not taken any steps to physically locate an abortion clinic in Indiana.

**RESPONSE:** Denies as the creation of The Abortion Clinic is a possible precursor to physically locating an abortion clinic in Indiana.

**REQUEST NO. 5**: The Satanic Temple does not presently intend to physically locate an abortion clinic in Indiana.

**RESPONSE:** Admits.

**REQUEST NO. 6**: As of the date of the responses to these requests, The Abortion Clinic does not employ any physicians who are licensed to practice medicine in Indiana.

**RESPONSE:** Admits.

**REQUEST NO. 7:** The Abortion Clinic has never provided abortion inducing drugs to a person then-residing in Indiana.

**RESPONSE:** Admits the Abortion Clinic has not, to the best of its knowledge, provided abortion inducing drugs to a person then-residing in Indiana. Can neither admit nor deny as to all patients as the Abortion Clinic relies on, but cannot vouch for, the truth of the representation of a patient as to her residency.

**REQUEST NO. 8:** The Abortion Clinic does not provide in-person services to patients at a physical clinic anywhere in the United States.

**RESPONSE:** Admits.

June 8, 2023

*W. James Mac Naughton*
W. James Mac Naughton, Esq.

2

**EXHIBIT A**

7 Fredon Marksboro Road
Newton, NJ 07860
wjm@wjmesq.com
*Attorney for Plaintiff The Satanic Temple*

3

**EXHIBIT A**