UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-01859-JMS-MG |
| | ) |
| TODD ROKITA, in his capacity as Attorney General of Indiana, and RYAN MEARS, in his capacity as Marion County Prosecutor, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NON-CONFIDENTIAL RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF**

Plaintiff responds to Defendants' First Set of Interrogatories as follows:

**INTERROGATORIES**

**INTERROGATORY NO. 1**: Identify each and every person who answered, or who was consulted or provided information in answering, these interrogatories, and for each such person, identify with specificity the information or other assistance provided in answering these interrogatories.

**RESPONSE:** W. James Mac Naughton, who collected the information and drafted the answers; Erin Helian who provided information regarding TST and the TST Clinic; and Malcom Jarry who provided documents.

1

**EXHIBIT B**

**INTERROGATORY NO. 2**: Describe in detail the nature and scope of the services provided by The Abortion Clinic.

**RESPONSE:** The Abortion Clinic provides the services of an Advanced Practice Registered Nurse ("APRN") for a virtual consultation with a patient to prescribe mifeprestone and misprostol (the "Abortifacients"). After reviewing the patient's record and consulting with the patient, the APRN prescribes the Abortifacients to the patient for the purpose of inducing an abortion, provided the prescription is within the risk evaluation and mitigation strategy ("REMS") guidelines established by the Food and Drug Administration ("FDA") for mifeprestone. The APRN provides instructions and safety information to the patient regarding the use of the Abortifacients. The prescription is delivered to a third-party vendor authorized by the FDA to distribute Abortifacients. Delivery is by mail to a New Mexico address provided by the patient.

**INTERROGATORY NO. 3**: Identify the number of persons to whom The Abortion Clinic has provided abortion inducing drugs, the type and quantity of such drugs provided, and the location where the drugs were provided during the relevant timeframe.

**RESPONSE:** Plaintiff objects to this Interrogatory on the grounds it seeks information beyond the scope of Fed. R. Civ. Pro. 26(b)(1). Subject to this objection and without waiving it, the Abortion Clinic has prescribed Abortifacients to over two dozen patients since it became operational in February 2023.

**INTERROGATORY NO. 4**: Identify each and every licensed physician employed by or contracted by The Abortion Clinic and in which state or states each identified physician is licensed.

**RESPONSE:** None

**EXHIBIT B**

**INTERROGATORY NO. 5**: Describe in detail the specific expenses to which the money referenced in paragraph 19 of the Complaint was applied.

**RESPONSE:** Paying contractors employed by the Abortion Clinic, including attorneys, APRN's and other support persons and the purchase of computers and telecommunications equipment and related services.

**INTERROGATORY NO. 6**: Identify each and every person from whom you intend to solicit sworn testimony for use as evidence relating to or concerning the existence, identity, status, or factual circumstances surrounding the involuntarily pregnant women referenced in paragraph 10 of the Complaint.

**RESPONSE:**  Erin Helian.  See also Plaintiff's Confidential Response to Defendants' First Set of Interrogatories.

**INTERROGATORY NO. 7**: Identify each and every involuntarily pregnant member of the Satanic Temple who resides in Indiana whom you believe provides a basis for standing in this matter.

**RESPONSE:** Plaintiff objects to this Interrogatory on the grounds it seeks information A) beyond the scope of Fed. R. Civ. Pro. 26(b)(1); B) protected from disclosure by the Health Insurance Portability and Accountability Act of 1996 ("HIPPA"); and C) protected from disclosure by the Free Exercise Clause of the First Amendment.

**INTERROGATORY NO. 8**: Describe in detail the process and requirements for becoming a member of the Satanic Temple.

**EXHIBIT B**

**RESPONSE:** See attached Exhibit A.

June 8, 2023

*W. James Mac Naughton*
W. James Mac Naughton, Esq.
7 Fredon Marksboro Road
Newton, NJ 07860
wjm@wjmesq.com
*Attorney for Plaintiff The Satanic Temple*

**Signature of Answering Party:** _____
Erin Helian, Executive Director

4

**EXHIBIT B**

**EXHIBIT A**

**EXHIBIT B**




Donate To TST Health   Latest News   Learn   Advocacy   Shop   Visit Salem   Join   DONATE   0



# JOIN
# THE SATANIC TEMPLE

The Benefits Of Joining Depend On What You Want To Do With Your Membership. Joining On Our Website Will Put You On Our Mailing List So You Can Stay Up-To-Date On Our Activities And Campaigns. If You Want Your Membership To Be Even More Rewarding, Consider Becoming Active In A Congregation Or Contributing To The Mission Of The Satanic Temple In Other Ways.

**Find A Congregation**

**Become A Member**



## MEMBERSHIP



✓ Membership is open to individuals dedicated, in action and/or by identity, to the tenets of The Satanic Temple.

✓ Membership is a privilege, subject to termination for failure to uphold the spirit of The Satanic Temple and its tenets.

✓ Membership does not grant authority to act as an organizational spokesperson for The Satanic Temple.

✓ Membership is free; however, official membership cards can be purchased with a non-refundable $35 fee.



## BECOME A MEMBER

Email

First Name                                    Last Name

United States ▼                               State/Province/Region

*If you select UK, please enter your country (ENG/SC/WLS/NIR) in the state field          *International members need to fill their State/Province/Region as well.

Phone number

**EXHIBIT B**

If you do not see a form to submit, please disable all ad blocking software, javascript blocking software, or load the page in Chrome or Firefox. If problems still persist please SUBMIT A REQUEST HERE.



ALREADY A MEMBER?

Get Your Personalized Membership Card.

CHOOSE AND PERSONALIZE CARD

| SOCIAL SATAN | Information | Shop Now | News & Updates |
|---|---|---|---|
| LEARN | CONTACT US | ALL PRODUCTS | Sign up to get the latest Satanic Temple Newsletters |
| ADVOCACY | DONATE | APPAREL | |
| SHOP | DEVIL'S ADVOCATE SCHOLARSHIP WINNERS | CONTRIBUTE TO THE SATANIC TEMPLE | First name |
| JOIN | LEGAL NOTICES | MEMBERSHIP CARDS AND CERTIFICATES | Enter your email address… |
| | TERMS OF SERVICES | | |
| | SHOP CUSTOMER SERVICE | | SIGN UP |

The Satanic Temple is the only Satanic religious organization recognized as a church by the IRS and the Federal Court System.



# EXHIBIT B