UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-01859-JMS-MG |
| | ) |
| TODD ROKITA, in his capacity as Attorney General of Indiana, and RYAN MEARS, in his capacity as Marion County Prosecutor, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LISTS**

Defendants, by counsel, for their Preliminary Witness and Exhibit Lists, pursuant to the Case Management Plan in this case, provide the following:

**Preliminary Witness List**

1. Dr. J. D.

2. Unnamed representatives of the Satanic Temple;

3. Unnamed female TST members residing in Indiana who are pregnant and allegedly harmed by the challenged laws.

4. Any expert witness(es) retained by any Party to testify in this matter;

5. Any person identified in Plaintiff's Initial Disclosures and/or any of Plaintiff's Witness Lists;

6. Any person identified through discovery;

7. Any person necessary to authenticate documents;

8. Any person necessary for rebuttal or impeachment.

## Preliminary Exhibit List

1. All filings by any Party in this case and any documents attached to such filings;

2. All materials identified or produced in discovery;

3. All exhibits listed in Plaintiff's Initial Disclosures and/or any of Plaintiff's Exhibit Lists;

4. All depositions taken in this case and exhibits thereto;

5. All written discovery responses;

6. Any document or thing necessary for rebuttal or impeachment.

Defendants reserve the right to amend or supplement their Preliminary Witness and Exhibit Lists.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney No. 18857-49

Date: August 4, 2023    By:    Aaron M. Ridlen
Deputy Attorney General
Attorney No. 31481-49

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
302 West Washington Street – IGCS – 5th Floor
Indianapolis, IN  46204-2770
Telephone:  (317) 232-2826
Facsimile:   (317) 232-7979
E-mail:  Aaron.Ridlen@atg.in.gov