UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

THE SATANIC TEMPLE, INC.

    Plaintiff

  v.

TODD ROKITA, in his
capacity as the Attorney General of
Indiana and
RYAN MEARS, in his capacity as
Marion County Prosecutor

    Defendants

Case No. 1:22-cv-1859-JMS-MG

### PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST

See Plaintiffs' Rule 26(a)(1) Disclosures and Plaintiff's Response To Defendants' First Set of Requests For Production.

August 3, 2023

                                                *W. James Mac Naughton*
                                              W. James Mac Naughton, Esq.
                                              7 Fredon Marksboro Road
                                              Newton, NJ 07860
                                              wjm@wjmesq.com
                                              *Attorney for Plaintiff The Satanic Temple*