UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | )   No. 1:22-cv-01859-JMS-MG |
| TODD ROKITA in his capacity as the Attorney General of Indiana, RYAN MEARS in his capacity as Marion County Prosecutor, | ) ) ) ) ) ) |
| Defendants. | ) |

**MINUTE ENTRY FOR AUGUST 24, 2023**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference.

This matter is scheduled for a telephonic status conference on **Wednesday, November 29, 2023 at 11:30 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 8/28/2023

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record.**