UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01859-JMS-MG |
| | ) |
| TODD ROKITA, in his capacity | ) |
| as the Attorney General of Indiana, and | ) |
| RYAN MEARS, in his capacity as | ) |
| Marion County Prosecutor, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO WITHDRAW APPEARANCE**

Before the Court is Thomas M. Fisher's Motion for Leave to Withdraw Appearance on behalf of Defendants Todd Rokita, in his capacity as the Attorney General of Indiana, and Ryan Mears, in his capacity as Marion County Prosecutor  For good cause shown, the motion is **GRANTED**.

**IT IS SO ORDERED** this ____ day of _____, 2023.