UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, INC., | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) No. 1:22-cv-01859-JMS-MG |
| | ) |
| TODD ROKITA, in his capacity as | ) |
| Attorney General of Indiana, and | ) |
| RYAN MEARS, in his capacity as | ) |
| Marion County Prosecutor, | ) |
| | ) |
| *Defendants*. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Pursuant to the Order granting Defendants' Motion to Dismiss the First Amended Complaint on October 25, 2023, the Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff such that Plaintiff's claims against Defendants are **DISMISSED** for lack of jurisdiction without leave to amend, and Plaintiff shall take nothing by way of its First Amended Complaint.

Date: 10/25/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via CM/ECF to All Counsel of Record**