UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

THE SATANIC TEMPLE, INC.

    Plaintiff

  v.

TODD ROKITA, in his
capacity as the Attorney General of
Indiana and
RYAN MEARS, in his capacity as
Marion County Prosecutor

    Defendants

Case No. 1:22-cv-1859-JMS-MG

**NOTICE OF APPEAL**

    Plaintiff The Satanic Temple, Inc. hereby appeals to the United States Court of Appeals for the Seventh Circuit the order and judgment dismissing the complaint of the United States District Court for the Southern District of Indiana entered on October 25, 2023, ECF Nos. 66 and 67.

November 22, 2023

                                  <u>*W. James Mac Naughton*</u>
                                  W. James Mac Naughton, Esq.
                                  7 Fredon Marksboro Road
                                  Newton, NJ 07860
                                  wjm@wjmesq.com
                                  *Attorney for Plaintiff The Satanic Temple*

**CERTIFICATE OF SERVICE**

      W. James Mac Naughton certifies that on the date set forth above, I caused a true and correct copy of this pleading to be served via the Court's ECF system and email on:

Aaron M. Ridlen
Deputy Attorney General
Office Of Indiana Attorney General Todd Rokita
302 West Washington Street – IGCS – 5th Floor
Indianapolis, IN 46204-2770
Telephone: (317) 232-2826
Facsimile: (317) 232-7979
E-mail: Aaron.Ridlen@atg.in.gov