UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

THE SATANIC TEMPLE, INC.

    Plaintiff

  v.

TODD ROKITA, in his
capacity as the Attorney General of
Indiana and
RYAN MEARS, in his capacity as
Marion County Prosecutor

    Defendants

Case No. 1:22-cv-1859-JMS-MG

### DOCKETING STATEMENT

1. Jurisdiction of the District Court.

The District Court's jurisdiction is based on 28 U.S.C. §1331 because the resolution of Plaintiff's claims presents questions of federal law.

2. Jurisdiction of the Circuit Court.

Plaintiff appeals the order and judgment of the United States District Court for the Southern District of Indiana entered October 25, 2023, dismissing the complaint, ECF Nos. 66 and 67. The Notice of Appeal was timely filed on November 22, 2023.

November 22, 2023

        *W. James Mac Naughton*
        W. James Mac Naughton, Esq.
        7 Fredon Marksboro Road
        Newton, NJ 07860
        wjm@wjmesq.com
        *Attorney for Plaintiff The Satanic Temple*

**CERTIFICATE OF SERVICE**

   W. James Mac Naughton certifies that on the date set forth above, I caused a true and correct copy of this pleading to be served via the Court's ECF system and email on:

Aaron M. Ridlen
Deputy Attorney General
Office Of Indiana Attorney General Todd Rokita
302 West Washington Street – IGCS – 5th Floor
Indianapolis, IN 46204-2770
Telephone: (317) 232-2826
Facsimile: (317) 232-7979
E-mail: Aaron.Ridlen@atg.in.gov