# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

November 22, 2023

**To:** Roger A. G. Sharpe
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 23-3247
>
> Caption:
> SATANIC TEMPLE, INC.,
>      Plaintiff - Appellant
>
> v.
>
> TODD ROKITA and RYAN MEARS,
>      Defendants - Appellees
>
> District Court No: 1:22-cv-01859-JMS-MG
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Jane Magnus-Stinson
>
> Date NOA filed in District Court: 11/22/2023

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)